IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JENNIFER SMITH,

    Plaintiff,

v.                               CASE NO. 4:14cv540-RH/CAS

FLORIDA AGRICULTURAL & MECHANICAL
UNIVERSITY BOARD OF TRUSTEES,

    Defendant.

_____/

## VERDICT

WE THE JURY unanimously return the following verdict:

1.     Was Ms. Smith's gender a motivating factor in FAMU's determination of Ms. Smith's original salary in 2004?

           YES \_\_\_\_\_    NO ✓

*If your answer to question 1 is yes, please answer question 2. If your answer to question 1 is no, please skip questions 2 and 3 and go directly to question 4.*

FILED IN OPEN COURT ON
July 22, 2015
United States District Court
Northern District of Florida

2. Did Ms. Smith's original salary continue to affect her salary during all or part of the period from June 11, 2010, to today?

YES _____   NO _____

*If your answer to question 2 is yes, please answer question 3. If your answer to question 2 is no, please skip question 3 and go directly to question 4.*

3. Would FAMU have made the same salary decision anyway, even if gender had not been considered?

YES _____   NO _____

*Please answer question 4.*

4. Did FAMU employ Ms. Smith and at least one male professor in jobs requiring substantially equal skill, effort, and responsibility?

YES ✓   NO _____

*If your answer to question 4 is yes, please answer question 5. If your answer to question 4 is no, please skip questions 5 through 8 and go directly to question 9.*

5.  Were the jobs performed under similar working conditions?

YES ✓   NO ____

*If your answer to question 5 is yes, please answer question 6. If your answer to question 5 is no, please skip questions 6 through 8 and go directly to question 9.*

6.  Did FAMU pay Ms. Smith lower compensation than the male professor?

YES ✓   NO ____

*If your answer to question 6 is yes, please answer question 7. If your answer to question 6 is no, please skip questions 7 and 8 and go directly to question 9.*

7.  Was the difference in compensation caused by factors other than gender?

YES ✓   NO ____

*If your answer to question 7 is no, please answer question 8. If your answer to question 7 is yes, please skip question 8 and go directly to question 9.*

8.  Did FAMU either know that its conduct violated the law, or act in reckless disregard of that fact?

YES ____   NO ____

*Please answer question 9.*

9. Was gender a motivating factor in FAMU's decision not to promote Ms. Smith to full professor in response to the 2009 application?

        YES \_\_\_\_\_        NO ✓

*If your answer to question 9 is yes, please answer question 10. If your answer to question 9 is no, please skip question 10 and go directly to question 11.*

10. Would FAMU have made the same decision anyway, even if gender had not been considered?

        YES \_\_\_\_\_        NO \_\_\_\_\_

*Please answer question 11.*

11. Was gender a motivating factor in FAMU's decision not to promote Ms. Smith to full professor in response to the 2010 application?

        YES \_\_\_\_\_        NO ✓

*If your answer to question 11 is yes, please answer question 12. If your answer to question 11 is no, please skip question 12 and go directly to question 13.*

12. Would FAMU have made the same decision anyway, even if gender had not been considered?

    YES _____   NO _____

*Please answer question 13.*

13. Was gender a motivating factor in FAMU's decision not to promote Ms. Smith to full professor in response to the 2013 application?

    YES _____   NO ✓

*If your answer to question 13 is yes, please answer question 14. If your answer to question 13 is no, please skip question 14 and go directly to question 15.*

14. Would FAMU have made the same decision anyway, even if gender had not been considered?

    YES _____   NO _____

*Please answer question 15.*

15. Did Ms. Smith complain in good faith to FAMU or a FAMU official about gender discrimination at the College of Law?

YES ✓   NO ____

*If your answer to question 15 is yes, please answer questions 16, 17, and 18. If your answer to question 15 is no, please skip questions 16 through 18 and proceed as indicated in the instruction above question 19.*

16. Was FAMU's decision not to promote Ms. Smith to full professor in 2009 caused by the complaint of gender discrimination?

YES ____   NO ✓

*Please answer or skip question 17 as indicated in the instruction above question 16.*

17. Was FAMU's decision not to promote Ms. Smith to full professor in 2010 caused by the complaint of gender discrimination?

YES ____   NO ✓

*Please answer or skip question 18 as indicated in the instruction above question 16.*

18. Was FAMU's decision not to promote Ms. Smith to full professor in 2013 caused by the complaint of gender discrimination?

YES _____   NO ✓

*If your answer to questions 3, 7, 10, 12, or 14 is no, or if your answer to questions 16, 17, or 18 is yes, please answer question 19. Otherwise, please skip question 19.*

19. What amount of damages do you award for:

    Lost salary?                           $_____

    Mental and emotional anguish?          $_____

SO SAY WE ALL on July 22, 2015, in Tallahassee, Florida.



Foreperson