UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JENNIFER SMITH,

    Plaintiff,                        CASE NO.:  4:14-CV-540-RH-CAS

vs.

FLORIDA AGRICULTURAL AND
MECHANICAL UNIVERSITY BOARD OF
TRUSTEES,

    Defendant.
_____/

## NOTICE OF APPEAL TO COURT OF APPEALS

Notice is hereby given that Jennifer Smith, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from a final judgment or order denying the Plaintiff's motion for a new trial dated September 19, 2015.

October 15, 2015

                                                           Respectfully submitted,

                                                           /s/ *Stephen Smith*
                                                           LA State Bar No. 28235
                                                           Law Office of Stephen Smith
                                                           1425 N. Broad Street
                                                           Suite 201
                                                           New Orleans, LA 70119
                                                           504-947-1400 Office
                                                           504-947-1100 Fax
                                                           stevesmithlaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy has been emailed to Maria Santoro, Dennis, Jackson, Martin & Fontela, P.A., 1591 Summit Lake Drive, Suite 200, Tallahassee, Florida 32317 via CM/ECF on this 15th day of October, 2015.

/s/ *Stephen Smith*
Stephen Smith